# UNITED STATES DISTRICT COURT
for the
District of New Mexico

19 JUL 22 AM 11: 46

CLERK-ALBUQUERQUE

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>7440 Central Ave SE, #15<br>Albuquerque, New Mexico, 87108 | )<br>)<br>) Case No. 19mr 740<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of ___New Mexico___
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B

**YOU ARE COMMANDED** to execute this warrant on or before ___7/4/2019___ *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ___Laura Fashing___.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: ___6/20/2019 6:09 pm___   ___*/s/ Laura Fashing*___
                                                                *Judge's signature*

City and state: ___Albuquerque, New Mexico___   ___Laura Fashing, U.S. Magistrate Judge___
                                                                *Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>19MR740 | Date and time warrant executed:<br>06/21/2019 9:50 am | Copy of warrant and inventory left with:<br>Front office of CubeSmart Storage |
| Inventory made in the presence of:<br>GS Bryan Shields | | |
| Inventory of the property taken and name of any person(s) seized:<br><br>No evidence located. | | |

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 07/19/2019

*For Matt Hoisington*
*Executing officer's signature*

Matthew Hoisington, Task Force Officer
*Printed name and title*

# ATTACHMENT A

1. The storage facility is located at 7440 Central Ave SE, #I5, Albuquerque, New Mexico, 87108. The storage door is red in color with the storage number securely attached above the door with a red sign of the storage number "I5" in white numbers. And the storage door is secured with a lock.





## Attachment B

All instrumentalities, fruits, and/or evidence of violations of Title 18, United States Code, Sections 21 U.S.C. 841, including:

1. Books, records, receipts, notes, ledgers, designated codes and other papers relating to the transportation, ordering, purchase and distribution of controlled substances;

2. Papers, tickets, notes, schedules, receipts and other items relating to foreign and domestic travel by Johnathan CRAFT hereinafter referred to as "the SUBJECT";

3. In any medium, including electronic medium, books, records, receipts, bank statements and records, financial statements, insurance records, loan applications and records, wills, real estate records, money drafts, letters of credit, money orders and cashier's checks, safe deposit box keys, records and agreements, and other documents evidencing the obtaining, secreting, transfer, and/or concealment of assets and the obtaining and/or secreting currency equivalents by the SUBJECT, and other individuals and business entities acting on their behalf;

4. Cellular telephones;

5. United States currency, precious metals, precious stones, jewelry, and financial instruments, including stocks and bonds;

6. Photographs and videos, in any medium, of the SUBJECT, assets, and/or depicting unlawful controlled substances;

7. Notes, records, diaries, journals and papers referencing any interest the SUBJECT may have in any business entities;

8. Records indicating occupancy, residency, and/or ownership, dominion and/or control, of the PREMISES including utility, cable, and telephone bills, cancelled envelopes, and keys;

9. Firearms and ammunition;

10. Sales receipts for items evidencing the expenditure of currency and/or currency equivalents;

11. Paraphernalia for packaging, weighing and distributing unlawful controlled substances, including scales, plastic bags, plastic wrap, packing tape, bags and/or back packs used in the transporting and carrying of controlled substances.

12. In any medium, including electronic medium, documents, books and papers reflecting names, addresses and/or telephone numbers pertaining to the SUBJECT listed above;

13. In any medium, including electronic medium, books, records, receipts, notes, ledgers, invoices, bank records, diaries, purchase records, cash receipts and disbursements journals, inventory records and other records relating to the sales, repackaging, and redistribution of controlled substances;

14. In any medium, including electronic medium, records, journals, promissory notes, receipts, and other documents reflecting loans and loan repayment by and between any Financial Institution and the SUBJECT and entities listed above; all of which are fruits, evidence and instruments of crimes against the United States Government;

15. Any unlawful controlled substances or suspected controlled substances, including methamphetamine and heroin;

16. In any medium, including electronic medium, receipts, records, and documents depicting subscriber data and itemized telephone calls to other potential drug traffickers from the residential telephone and cellular telephones utilized or associated to the SUBJECT;

17. In any medium, including electronic medium, receipts, records, and documents indicating ownership, association, and utilization of vehicles by the SUBJECT and others, to include maintenance and alterations to the vehicles;